BAYCHAR, INC. and Baychar Holdings LLC, Plaintiffs–Appellants,

v.

BURTON CORPORATION, Deckers Outdoor Corporation, and Nordica USA Corp., Defendants–Cross Appellants.

Nos. 2007–1106, 2007–1113.

United States Court of Appeals, Federal Circuit.

April 5, 2007.

*ORDER*

Upon consideration of the unopposed motion of Baychar, Inc. et al. to dismiss,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal and the cross-appeal are dismissed.

(2) Each side shall bear its own costs.

TEXTRON, INC., Plaintiff–Cross Appellant,

v.

OCEAN TECHNICAL SERVICES, INC., Plaintiff–Appellant,

v.

United States, Defendant–Appellee,

and

Manitowoc Marine Group/Marinette Marine Corporation, Defendant.

Nos. 2007–5056, 2007–5062.

United States Court of Appeals, Federal Circuit.

April 5, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).